

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2014

No. 04-14-00479-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.B.**, a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-2027
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on September 24, 2014.

It is so ORDERED on this 10th day of September, 2014.

**PER CURIAM**

ATTESTED TO:_____

Keith E. Hottle
Clerk of Court

